# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00279-CV

### B. S. and M. S., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 315625, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants B. S. and M. S. filed their notices of appeal on May 16, 2022, and May 17, 2022, respectively. The appellate record was complete on May 27, 2022, making appellants' briefs due on June 16, 2022. On June 15, 2022, counsel for appellants filed a joint motion for extension of time to file appellants' briefs.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Jeremy M. Masten and Yolanda Cortes Mares to file appellants' briefs no later than July 6, 2022. If the briefs are not filed by

that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on June 22, 2022.

Before Chief Justice Byrne, Justices Kelly and Smith